UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:18-CV-14388-ROSENBERG/MAYNARD

LISA ZANNINI,

    Plaintiff,

v.

XPRESS URGENT CARE, LLC,

    Defendant.

_____/

## ORDER CLOSING CASE

This cause is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice at docket entry 24. In light of the fact that this case has been dismissed, it is **ORDERED AND ADJUDGED** that:

1. All pending motions are **DENIED AS MOOT**, all hearings are **CANCELLED,** and all deadlines are **TERMINATED**.

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 20th day of December, 2019.

                                            ROBIN L. ROSENBERG
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record